IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WJG, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>GREENSKIN SEALS, a Canadian entity; MAINLINE BACKFLOW PRODUCTS, a Canadian entity, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-03641 BRO (GJSx)<br><br>**ORDER OF DISMISSAL OF DEFENDANT GREENSKIN SEALS** |

Pursuant to the Joint Stipulation of Dismissal filed on December 2, 2016, and Defendant Greenskin Seals having not been served in this case,

IT IS HEREBY ORDERED that Defendant Greenskin Seals is dismissed from this matter with prejudice. IT IS SO ORDERED.

DATED: December 5, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge